# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-00223-01-CR-W-GAF |
| JAQUAY R. STRICKLAND, | ) |
| Defendant. | ) |

## ORDER

Now before the Court is defendant's Motion to Suppress Evidence (doc. 20) in which defendant asserts that the evidence and testimony derived from the search of his backpack on June 4, 2016, should be suppressed on the basis that such evidence was obtained in violation of his Fourth Amendment rights.

An evidentiary hearing was conducted by Chief United States Magistrate Judge Sarah W. Hays on October 13, 2016. On November 29, 2016, Judge Hays issued her Report and Recommendation (doc. 27). Objections to the Report and Recommendation were due by December 16, 2016. No objections were filed.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is

ORDERED that defendant's Motion to Suppress Evidence (doc. 20) is OVERRULED and DENIED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: December 19, 2016